JS-6

1 | CASSANDRA E. HOOKS (State Bar No. 244471)
**ALSTON & BIRD LLP**
2 | 333 South Hope Street, 16th Floor
Los Angeles, California 90071
3 | Telephone: (213) 576-1000
Facsimile: (213) 576-1100
4 | cassandra.hooks@alston.com

5 | Michael L. Brown (Admitted Pro Hac Vice)
Jonathan M. Fee (Admitted Pro Hac Vice)
6 | Jenny Ann Mendelsohn (Admitted Pro Hac Vice)
**ALSTON & BIRD LLP**
7 | One Atlantic Center
1201 West Peachtree Street, Ste. 4900
8 | Atlanta, Georgia 30309
Telephone: (404) 881-7000
9 | Facsimile (404) 881-7777

10 | Attorneys for Plaintiffs
**UNITED PARCEL SERVICE, INC.**
11 | **UNITED PARCEL SERVICE FRANCE S.N.C.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED PARCEL SERVICE, *et al.*, | Case No. 2:15-cv-07840-PA (PLAx) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS** |
| v. | [Filed concurrently with Joint Stipulation of Dismissal Without Prejudice of All Claims Against All Defendants] |
| DOREMI LABS, INC., *et al.* | |
| Defendants. | |
| | [Assigned to the Honorable Percy Anderson, Courtroom No. 15] |

-1-

ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS

1  The Court has received the parties' Joint Stipulation of Dismissal Without
2  Prejudice of All Claims Against All Defendants.  Pursuant to Rule 41(a)(1)(A)(2) of
3  the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that this action and
4  all claims in the First Amended Complaint against all remaining Defendants are
5  dismissed without prejudice, with each party to bear its own costs and attorneys' fees.
6  **IT IS SO ORDERED**

8  September 2, 2016
   Date                                                Hon. Percy Anderson
9                                                      United States District Court Judge